

**EXHIBIT A**

One Riveway Dr., Suite 1200
Houston, TX  77056

| Date | Invoice No. | Client No. |
|---|---|---|
| 4/29/2021 | 261004 | 0353000 |

Ebony Media Operations, LLC
Accounts Payable
1700 Post Oak Blvd., Suite 600
Houston, TX 77056

| Amount Due Upon Receipt |
|---|
| $26,712.53 |

If you wish to pay by credit card, call the Billing Department at (713) 860-0210.
A 1.5% convenience fee will be added to all credit card transactions.
Wiring Instructions: Comerica Bank, Account No. 1852864089, Routing No. 072000096

Ebony Media Operations, LLC
Accounts Payable
1700 Post Oak Blvd., Suite 600
Houston, TX 77056

| Date | Invoice No. | Client No. |
|---|---|---|
| 4/29/2021 | 261004 | 0353000 |

### Description of Services

2021 Services

|  | Hours | Rate |  |
|---|---|---|---|
| Payroll Tax | 15.52 | 330.62 | 5,131.20 |
| Consulting | 5.25 | 550.00 | 2,887.50 |
| Income Tax | 36.90 | 360.30 | 13,295.00 |
| Reinstatement | 7.81 | 380.26 | 2,969.80 |
| Fee app | 4.00 | 550.00 | 2,200.00 |
|  | 69.48 |  | 26,483.50 |
| Expenses |  |  | 229.03 |
|  |  | Current Amount Due: | $ 26,712.53 |

Doeren Mayhew
One Riverway Drive, Ste. 1200
Houston, TX 77056
(713) 789-7077