EXHIBIT B

**Ebony Media Holdings, LLC**

**Doeren Mayhew - 2021 Services Summary**

|  | Date | Staff | Comments | Rate |  | Amount |
|---|---|---|---|---|---|---|
| **Payroll Tax Returns** | 01/17/21 | Alpuche | Sent an email to Elizabeth requesting missing information. Prepared Form 941 for Qtr1, Qtr2 & Qtr3 2020. Prepared excel from data on payroll reports provided by client. | 270 | 2.83 | 764.10 |
|  | 01/19/21 | Alpuche | Completing data for 940 and 940 Sch A. Accessing states online for IL, CA & TX. Unable to access CA and TX. Sent e-mail to client on the issue of logins. | 270 | 2.17 | 585.90 |
|  | 01/25/21 | Alpuche | E-mailed client requesting help with CA and TX state filing online access. | 270 | 0.25 | 67.50 |
|  | 01/28/21 | Alpuche | Access TWC website to review already filed information for 1st and 2nd Qtr 2020. | 270 | 0.50 | 135.00 |
|  | 01/29/21 | Alpuche | Reviewed TWC reports filed, contacted Elizabeth to discuss reports and requested W-2's so we can reconcile before filing the 941's. | 270 | 1.00 | 270.00 |
|  | 02/04/21 | Alpuche | Logged into Texas Workforce commission website to retrieve prior filed reports and prepared excel spreadsheet to compare filed amount vs. actual amounts. Sent e-mail to Elizabeth requesting SSN to file the State Returns. Send out the payroll reports Forms 941 and Form 940 with filing instructions. | 270 | 1.50 | 405.00 |
|  | 02/11/21 | Alpuche | Filing of payroll state returns for Illinois (included IL941 and IL State Unemployment) | 270 | 2.83 | 764.10 |
|  | 02/24/21 | Alpuche | Contacted Texas Workforce Commission regarding incorrectly filed quarterly reports. | 270 | 0.33 | 89.10 |
|  | 03/09/21 | Alpuche | Revised 2020 form 940 and forms 941 for quarters 1, 2 and 3 to change the signer to Michael Gibson and contact number to 512-968-0308. | 270 | 0.50 | 135.00 |
|  | 03/19/21 | Alpuche | Answered email from Chris Masters and prepared spreadsheet with TWC difference. | 270 | 0.25 | 67.50 |
|  | 01/13/21 | Masters | Obtain information for payroll filings including e-mails and review of information received. | 550 | 0.50 | 275.00 |
|  | 01/15/21 | Masters | Discussion with Alba on payroll filings, periods and amounts. | 550 | 1.00 | 550.00 |
|  | 01/21/21 | Masters | Follow up e-mails and calls for status of filings for Payroll | 550 | 1.20 | 660.00 |
|  | 02/11/21 | Masters | Follow up on payroll taxes and 2019 federal return | 550 | 0.66 | 363.00 |
| **State Reinstatements** | 01/12/21 | Haas | Franchise tax filing for the 2020 report year | 550 | 0.40 | 220.00 |
|  | 01/21/21 | Haas | Review TX franchise report years 2019 & 2020 for Ebony Jet Entertainment and request for clearance letter for reinstatement. | 550 | 0.80 | 440.00 |

| | Date | Name | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| | 01/06/21 | Masters | Ebony TFT reinstatements, catch up instructions and e-mails. | 550 | 1.50 | 825.00 |
| | 01/06/21 | Wolfford | Ebony Events - Comptroller Call to figure out why the entity is forfeited. Determined the 2018 Annual Texas Franchise was never filed. Ebony Jet Entertainment - Call with Comptroller to figure out why the entity is forfeited. Detemined the 2018 and 2019 Annual Texas Franchise returns were never filed. Ebony Jet Entertainment - Preparation of the 2018 and 2019 Annual Texas Franchise return. Ebony Media Holdings - Preparation of the 2020 Annual Texas Franchise return. | 180 | 1.53 | 275.40 |
| | 01/08/21 | Masters | Discuss with Wolfford the filings and research way to file faster. | 550 | 0.50 | 275.00 |
| | 01/12/21 | Masters | SOS Reinstatement set up and information sent to the team | 550 | 0.50 | 275.00 |
| | 01/08/21 | Wolfford | Ebony Media Holdings - Preparation of Annual Franchise Tax Return. Ebony Jet Entertainment - Preparation of the 2020 Annual report and Tax Clearance Letter Request for Reinstatement. | 180 | 1.00 | 180.00 |
| | 01/14/21 | Knight | SOS Reinstatement review of filings | 375 | 1.00 | 375.00 |
| | 01/15/21 | Wolfford | SOS Reinstatement | 180 | 0.58 | 104.40 |
| | 04/29/21 | Wolfford | Ebony Jet Entertainment - SOS Reinstatement | 180 | 1.00 | 180.00 |
| **Consulting on Entries** | 02/03/21 | Masters | Discussion with Elizbeth on entries needed to record the sale of assets. Review 941 reports for 2020 for Ebony Media Operations. | 550 | 1.75 | 962.50 |
| | 02/05/21 | Masters | Review entry made to record bankruptcy sale and discuss with Elizabeth how to journal entry the removal of the assets. | 550 | 1.50 | 825.00 |
| | 03/18/21 | Masters | Discussions on entries and taxes. | 550 | 1.50 | 825.00 |
| | 03/30/21 | Masters | Discussions on entries and taxes. | 550 | 0.50 | 275.00 |
| | 04/23/21 | Masters | discussion on entries for gain on sale. | 550 | 1.50 | 825.00 |
| | | Masters | Preparation of the Fee Application | 550 | 4.00 | 2,200.00 |
| **Income Taxes** | 01/27/21 | Haas | Prepare for meeting and meet with Masters on timing, items needed and contacts. | 550 | 2.00 | 1,100.00 |
| | 03/05/21 | Haas | Review Federal Form 1065 Return | 550 | 3.40 | 1,870.00 |
| | 03/05/21 | Haas | Review state returns - IL & NY | 550 | 2.20 | 1,210.00 |
| | 03/19/21 | Haas | Go over open items for 2020 tax returns | 550 | 1.30 | 715.00 |
| | 04/05/21 | Haas | Review Federal Form 1065 Return | 550 | 1.40 | 770.00 |
| | 04/08/21 | Haas | 2020 Federal return review / open items inquiry | 550 | 1.30 | 715.00 |
| | 04/30/21 | Haas | 2020 state return review - IL, NY, TX | 550 | 2.25 | 1,237.50 |
| | 12/01/21 | Masters | Discussion with Elizabeth on various Ebony items for 2019 and 2020 tax preparation. | 550 | 1.00 | 550.00 |
| | 01/27/21 | Masters | Meeting to discuss preparation of the 2019 income tax returns. | 550 | 1.00 | 550.00 |

| Date | Name | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 03/10/21 | Masters | Review of the tax return and addressing questions for attorney and CRO. | 550 | 1.00 | 550.00 |
| 01/25/21 | Nguyen | Reconciliation from total assets and net income 2018 from return to financials. | 270 | 0.50 | 135.00 |
| 02/01/21 | Narvaez | Preparation of 2019 federal return | 270 | 8.00 | 2,160.00 |
| 02/03/21 | Narvaez | Preparation of 2019 federal return | 270 | 3.25 | 877.50 |
| 02/04/21 | Narvaez | Preparation of 2019 state returns | 270 | 5.25 | 1,417.50 |
| 02/27/21 | Narvaez | Begin preparation of 2020 federal return | 270 | 8.00 | 2,160.00 |
| 04/15/21 | Narvaez | con't prep with information rec'd (states)/double check federal entris etc. | 270 | 2.00 | 540.00 |
| 04/20/21 | Narvaez | finalize return and states for CH review | 270 | 3.75 | 1,012.50 |
| 04/28/21 | Narvaez | TX finalize | 270 | 0.50 | 135.00 |

**Expenses**

| | | Various State Reinstatement Fees Paid | | | 229.03 |
|---|---|---|---|---|---|
| | | | | 83.18 | 32,127.53 |