IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE:<br><br>**MEDIA OPERATIONS LIQUIDATING COMPANY, LLC (f/k/a EBONY MEDIA OPERATIONS, LLC),** *et al.*, [1]<br><br>Debtors. | § § § § § § § § § §   Case No. 20-33665 (DRJ)<br>CHAPTER 11<br><br>JOINTLY ADMINISTERED |

**FINAL ORDER ALLOWING COMPENSATION
AND REIMBURSEMENT OF EXPENSES**
(Docket No. \_\_\_\_)

The Court has considered the Final Application for Compensation and Reimbursement of Expenses filed by Doeren Mayhew, P.C. (the "Applicant"). The Court orders:

1. Applicant is allowed compensation and reimbursement of expenses in the amount of $32,127.53 for the period set forth in the application.

2. The compensation and reimbursement of expenses allowed in this order and all previous interim allowances of compensation and reimbursement of expenses are approved on a final basis.

3. The Debtors are authorized to disburse any unpaid amounts allowed by paragraphs 1 or 2 of this Order.

Signed: _____, 2021.

_____
THE HONORABLE DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 11 cases are: Media Operations Liquidating Company f/k/a Ebony Media Operations, LLC ("Operations"), Case No. 20-33665, and Media Holdings Liquidating Company, LLC f/k/a Ebony Media Holdings LLC ("Holdings"), Case No. 20-33667, Jointly Administered under Case No. 20-33665.